# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2013

Robert P. Young, Jr.,
Chief Justice

146117

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JUDITH JOHNSON,
               Plaintiff-Appellant,

v

MONICA JONES,
               Defendant-Appellee.

SC: 146117
COA: 308722
Wayne CC: 11-012647-AV

_____/

On order of the Court, the application for leave to appeal the September 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2013

_____
Clerk

h0320